UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**MARTHA D. DAIGLE**                    **CIVIL ACTION NO. 07-1687**

**VS.**                                  **JUDGE DOHERTY**

**WAL-MART LOUISIANA, LLC**              **MAGISTRATE JUDGE METHVIN**

*JURISDICTIONAL REVIEW RULING*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that on June 17, 2006, while shopping in an Opelousas, Louisiana Wal-Mart, her shopping cart turned over causing her to sustain severe and painful injuries to her left knee and leg. Plaintiff seeks damages for medical expenses, permanent disability and disfigurement, physical and mental pain and suffering and loss of enjoyment of life.

Defendant states that plaintiff testified in her deposition that her orthopedic surgeon has recommended arthroscopic knee surgery and that she was planning to return to work part-time as a hairstylist but was unable to do so due to her knee injury. Plaintiff claimed in her deposition that she earned $400.00 to $600.00 per week prior to the accident.

Although the plaintiff's medical expenses are not before the Court, considering the recommendation for knee surgery and plaintiff's lost wages, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana, on November 15, 2007.

_____
Mildred E. Methvin
United States Magistrate Judge